IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN LEWIS | : |
| Plaintiff, | : CIVIL ACTION NO. 2:11-cv-06844-JS |
| v. | : |
| CACH, LLC | : |
| Defendant. | : |

**FILED**
NOV 23 2011
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW, this 23rd day of November, 2011, upon consideration of Defendant's, CACH, LLC Motion for Dismissal of Action pursuant to F.R.C.P. 41, it is hereby ORDERED and DECREED that said Motion is GRANTED with prejudice.

BY THE COURT:

_____
The Honorable Juan R. Sanchez

1278557